**FILED**
CLERK, U.S. DISTRICT COURT

June 12, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_VPC\_\_\_\_\_ DEPUTY

Previously JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| GREENWOOD MOTOR LINES, INC., a South Carolina Corporation, d/b/a R+L Carriers<br><br>Plaintiff,<br><br>v.<br><br>RIVER ENTERPRISE, a California corporation, d/b/a POWER RIDE OUTLET,<br><br>Defendant | Case No. 5:15-cv-00566-SJO (JPRx)<br><br>**JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT** |

Pursuant to the Court's May 8, 2017 Order Granting Plaintiff GREENWOOD MOTOR LINES, INC., a South Carolina Corporation, d/b/a R+L Carriers ("Plaintiff")'s Motion to Enforce Settlement Agreement (Docket No. 44), and a decision having been duly rendered (Dkt. 48),

///

///

///

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered in favor of Plaintiff and against Defendant RIVER ENTERPRISE, a California corporation, d/b/a POWER RIDE OUTLET ("Defendant"). The Court enters a judgment against Defendant and in favor of Plaintiff in the sum of $566,652.27, which includes an outstanding principal balance of $540,727.77 together with interest from the date of default on November 7, 2016 through the date this Court's order entering judgment on May 8, 2017.

DATED: June 12, 2017    BY: /s/ S. James Otero
Hon. S. James Otero
U.S. District Court Judge